# EXHIBIT D



```
Filed
Secretary of State
State of Washington
Date Filed: 04/22/2024
Effective Date: 04/22/2024
UBI #: 602 030 692
```

# Amended Annual Report

### BUSINESS INFORMATION

Business Name:
**AMAZON.COM SALES, INC.**

UBI Number:
**602 030 692**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, UNITED STATES**

Principal Office Mailing Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, UNITED STATES**

Expiration Date:
**04/30/2025**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/Registration Date:
**04/18/2000**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, RETAIL SALE OF AUDIO AND VIDEO**

### REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES | 300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES |

### PRINCIPAL OFFICE

Phone:

Email:
**COMPLIANCEMAIL@CSCGLOBAL.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024042200279957 - 1
Received Date: 04/22/2024
Amount Received: $10.00

Street Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA**

Mailing Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MICHAEL | MILLER |

## NATURE OF BUSINESS

- OTHER SERVICES
- RETAIL SALE OF AUDIO AND VIDEO

## EFFECTIVE DATE

Effective Date:
**04/22/2024**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
    a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**

You **must** submit a Controlling Interest Transfer Return form if you answered "Yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **- No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☐ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024042200279957 - 1
Received Date: 04/22/2024
Amount Received: $10.00

**MICHAEL**

Last Name:

**MILLER**

Title:

**SECRETARY**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024042200279957 - 1
Received Date: 04/22/2024
Amount Received: $10.00